AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

RANDAL N. WIIDEMAN,

       Plaintiff,            JUDGMENT IN A CIVIL CASE
V.

                                  CASE NUMBER:  3:11-CV-00119-RCJ-RAM

STATE OF NEVADA, et al.,

       Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED with prejudice.

 June 20, 2011                                                  **LANCE S. WILSON**
    Date                                                           Clerk

                                                                       /s/   M. Campbell
                                                                      Deputy Clerk